WR-81,573-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/21/2015 2:17:42 PM
Accepted 5/21/2015 4:50:41 PM
ABEL ACOSTA
CLERK

IN THE
TEXAS COURT OF CRIMINAL APPEALS
and
CRIMINAL DISTRICT COURT NO. 7, DALLAS COUNTY, TX

RECEIVED
COURT OF CRIMINAL APPEALS
5/21/2015
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| Ex Parte James Garfield Broadnax, | ) | TCCA No. AP 76,207 |
| *Applicant*, | ) | Trial Court Cause No. WR08-24667-Y |
| | ) | |

NOTICE OF TIMELY FILING
OF MOTION FOR APPOINTMENT OF COUNSEL IN FEDERAL COURT

Pursuant to TEX. CODE CRIM. PROC. 11.071, sec. 2(e), Petitioner, James Broadnax, provides notice that after the Texas Court of Criminal Appeals denied state habeas relief on May 20, 2015, he filed a Motion for Appointment of Conflict-Free Federal Habeas Counsel in the United States District Court for the Northern District of Texas, Civil Action No. 3:15-cv-1758 on May 21, 2015. ("If the court of criminal appeals denies an applicant relief under this article, an attorney appointed under this section to represent the applicant shall, not later than the 15th day after the date the court of criminal appeals denies relief...move for the appointment of counsel in federal habeas review under 18 U.S.C. 3599.... [T]he attorney shall immediately file a copy of the motion wiht the court of criminal appeals.....”

Attached to this Notice is the motion filed in the USDC.

Respectfully submitted,

_____
Lydia M.V. Brandt
Texas Bar No. 00795262
THE BRANDT LAW FIRM, P.C.
P.O. Box 850843
Richardson, TX 75085-0843
(972) 699-7020 (Phone)
(972) 699-7030 (Fax)

**CERTIFICATE OF SERVICE**

I certify that on May 21, 2015, I sent by US mail a copy of the foregoing to:

Attn: Lisa Smith, Assistant District Attorney
Capital Writs – Appellate Section
Dallas County District Attorney's Office
133 N. Riverfront Blvd., LB 19
Dallas, TX 75207


_____
Lydia M.V. Brandt


Exhibit:         Mtn for Appointment of Conflict-Free Counsel in USDC